JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

IN RE:

VINCENT JAMES JONES, SR.,

Debtor(s)

Case No: 19-24544 B13
DC No.: JPJ-1

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN**

DATE: October 01, 2019
TIME: 3:00 P.M.
COURTROOM: 32

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, objects to confirmation of the Debtor(s) Plan and does not recommend its confirmation as:

1. The debtor is delinquent to the trustee in the amount of $250.00 which represents approximately 1 plan payment(s). Before this matter is heard, an additional plan payment in the amount of $250.00 will also be due. The debtor does not appear to be able to make the plan payments proposed. The debtor has failed to carry the burden of showing that the plan complies with 11 U.S.C §1325(a)(6).

2. The debtor has claimed his interest in assets listed on Schedule A/B as exempt under C.C.P. §703.140(b). According to the Statement of Financial Affairs, the debtor is married. The debtor's spouse is not a petitioner in this case. The debtor has failed to file a spousal waiver of right to claim exemptions pursuant to C.C.P. §703.140(a)(2). The exemptions provided under C.C.P. §703.140(b) are only applicable if both the husband and wife effectively waive in writing, the right to claim, during the period that this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. §703.140(b).

The trustee filed an Objection to the Debtor's Claim of Exemption which will be heard on 9/24/2019. If the trustee's Objection to Debtor's Claim of Exemption is sustained, the total value of non-exempt property in the estate would be $9,324.84. The total amount that will be paid to unsecured creditors is only $0.00. If the trustee's Objection to Debtor's Claim of Exemption is sustained, the plan will fail to comply with 11 U.S.C. §1325(a)(4).

WHEREFORE the trustee prays that the Court enter an order denying confirmation of the debtor's plan. The trustee consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(c) as made applicable by FRBP 9017.

Dated: September 12, 2019

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee